UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DANIEL L. POHLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 4:23-cv-00138 |
| ) | |
| THE UNITED STATES SUPREME ) | |
| COURT, CHIEF JUSTICE JOHN G. ) | |
| ROBERTS JR., THE UNITED NATIONS, ) | |
| UN SECRETARY GENERAL ANTONIO ) | |
| GUTERRES'S, ) | |
| ) | |
| Defendants. ) | |

## FEDERAL DEFENDANTS' NOTICE OF REMOVAL

TO:   The Honorable Judge of the United States District Court for the Southern District of Indiana

The U.S. Supreme Court and John G. Roberts, Jr., in his official capacity as Chief Justice of the U.S. Supreme Court (collectively, the "Federal Defendants"), by counsel, respectfully notify the Court and the parties that the above-captioned case now pending in the Jennings Superior Court, Cause No. 40D01-2307-MI-000041, is removed therefrom to this Court under the provisions of 28 U.S.C. § 1442(a) and 1446.  In support of this Notice of Removal, the Federal Defendants state the following:

1.   Plaintiff Daniel L. Pohle, proceeding *pro se*, named the U.S. Supreme Court and Chief Justice Roberts, among others, as defendants in the above-captioned civil action, which was originally filed in the Jennings Superior Court.

2.   The United States and its agencies and officers are entitled to removal under 28 U.S.C. § 1442(a)(1) when a civil action is commenced against them for conduct "under color of [ ] office."  Officers of the Courts of the United States are also entitled to removal under 28 U.S.C.

§ 1442(a)(3) when criminal or civil actions are commenced against them "for or relating to any act under color of office or in the performance of [their] duties."

3. In the sparse two-page Complaint, entitled a "First Amendment Civil Complaint," Pohle alleges that the U.S. Supreme Court "proved that it is ignorant of International Trade Law when it refused to hear 'POHLE V. PENCE,' No. 22-876 and by doing so harmed the Plaintiff and the United Nations Convention on Contracts for the International Sale of Goods." [Filing No. 1-2 at ¶ 1.] Pohle further accuses Chief Justice Roberts of conducting a "10 year experiment" with, and "attack[ing]," the First Amendment. [*Id.* at ¶¶ 9, 11.] Accordingly, the U.S. Supreme Court and Chief Justice Roberts are named solely "under color of [their] office" or "in the performance of [their] duties" as officers of the Supreme Court. *See* 28 U.S.C. § 1442(a)(1), (a)(3).

4. Therefore, this action is removable to this Court pursuant to both 28 U.S.C. § 1442(a)(1) and § 1442(a)(3).

5. In accordance with S.D. Ind. Local Rule 81-2, copies of the docket sheet and all filings in the state court are attached as Exhibit 1. [*See* Filing No. 1-1.] The state court record is complete as of the date of this removal. A separate copy of the operative Complaint is further attached as Exhibit 2. [*See* Filing No. 1-2.]

6. This notice is filed within thirty days after a copy of the Complaint was received by the U.S. Attorney's Office for the Southern District of Indiana.

7. A copy of this Notice of Removal will be promptly filed with the Clerk of the Jennings Superior Court, which will effectuate the removal. *See* 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, the U.S. Supreme Court and John G. Roberts Jr., in his official capacity as Chief Justice of the U.S. Supreme Court, by counsel, remove this action to the United States District Court for the Southern District of Indiana, New Albany Division.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By: *s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2023, a copy of the foregoing *Federal Defendants' Notice of Removal* was filed electronically. Service of this filing will be made on the following ECF-registered counsel by operation of the Court's electronic filing system:

None.

I further certify that on August 17, 2023, a copy of the foregoing *Federal Defendants' Notice of Removal* was mailed, by first class U.S. Mail, postage prepaid and properly addressed to the following:

> Daniel L. Pohle
> 1280 N CR 500 E
> Butlerville, IN 47223
>
> The United Nations
> United Nations Headquarters
> New York City, NY 10017
>
> UN Secretary General Antonio Guterres
> United Nations Headquarters
> New York City, NY 10017

*s/ Gina M. Shields*
Gina M. Shields
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048
Telephone: (317) 226-6333
Fax: (317) 226-5027