UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

DANIEL L. POHLE,                                )
                                                )
            Plaintiff,                          )
                                                )
            v.                                  )     No. 4:23-cv-00138-TWP-KMB
                                                )
UNITED STATES SUPREME COURT,                    )
UNITED NATIONS,                                 )
UN SECRETARY GENERAL                            )
ANTONIO GUTERRES,                               )
CHIEF JUSTICE JOHN G. ROBERTS, JR.,             )
                                                )
            Defendants.                         )

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL**

**JUDGMENT** against Plaintiff and in favor of Defendants. Plaintiff's claims are **DISMISSED**

**WITH PREJUDICE**.

**SO ORDERED.**

Date: 11/8/2023

_Tanya Walton Pratt_
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution to all counsel of record via CM/ECF and by U.S. mail to:

DANIEL L. POHLE
1280 N CR 500 E
Butlerville, IN 47223